UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH,<br><br>                              Petitioner,<br><br>v.<br><br>PAM BONDI, Attorney General, et al.,<br><br>                              Respondents. | Case No.:  26-cv-295-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 4] |

On January 17, 2026, petitioner Manjinder Singh filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 32. The Court thereafter issued a briefing schedule. ECF No. 2. On January 23, 2026, Petitioner filed an application for a temporary restraining order. ECF No. 4.

On January 30, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 5 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond

hearing for petitioner Manjinder Singh before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order. To the extent Petitioner seeks to recover fees, he must make a noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The Court **VACATES** the hearing date set for February 12, 2026, and **DENIES** as moot Petitioner's application for a temporary restraining order [ECF No. 4].

    **IT IS SO ORDERED.**

Dated: February 2, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-295-RSH-BJW